MANDOUR & ASSOCIATES, APC
JOSEPH A. MANDOUR, III (SBN 188896)
Email: jmandour@mandourlaw.com
BEN T. LILA (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300
Facsimile: (858) 487-9390
Attorneys for Plaintiff,
PACIFIC COAST REAL ESTATE GROUP INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST REAL ESTATE GROUP INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD REALTY GROUP, INC., a California corporation,<br><br>Defendant. | Civil Case No. '17CV1330 LAB JMA<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff PACIFIC COAST REAL ESTATE GROUP INC., by and through its counsel, alleges for its complaint against defendant Richard Realty Group, Inc. as follows:

## NATURE OF THE ACTION

1. This is an action for trademark infringement and false designation of origin under the Lanham Act, 15 U.S.C. § 1051, *et seq*. and common law, and state and common law unfair competition.

## THE PARTIES

2. Plaintiff PACIFIC COAST REAL ESTATE GROUP INC. is a California corporation with a place of business in Carlsbad, California.

3. On information and belief, defendant RICHARD REALTY GROUP, INC. is or purports to be a California corporation having a principle place of business at 2792 Gateway Road, Suite 103, Carlsbad, CA 92009.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this lawsuit under 28 U.S.C. § 1338, because the action arises under the trademark laws of the United States, and pendant jurisdiction of any and all state causes of action under 28 U.S.C. § 1367.

5. This Court has personal jurisdiction over defendant because defendant resides in the Southern District of California and has transacted business in the Southern District of California. Further, on information and belief, the defendant systematically and continuously directs business activities toward and into the Southern District of California.

6. Venue is proper and reasonable in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to these claims for trademark infringement, false designation of origin and unfair competition occurred in this district and defendant resides in the district.

\\
\\
\\
\\

# FACTS

7. Plaintiff is a real estate brokerage and in the business of real estate.

8. Plaintiff is the owner of the trademarks and designations BRESSI RANCH REALTY, BRESSI RANCH, and BRESSI VILLAGE (the "Plaintiff's Trademarks"). Plaintiff's Trademarks are the subject of U.S. Trademark Registration Nos. 3,866,153, 3,125,416, and 3,969,723 and are used in conjunction with real estate brokerage. True and correct copies of plaintiff's registrations are attached hereto as Exhibit A.

9. Defendant RICHARD REALTY GROUP, INC. ("Richard Realty") is also a real estate brokerage and in the business of real estate.

10. Defendant uses the trademark BRESSI RANCH REALTY in commerce for goods and services identical, similar, and/or related to plaintiff's goods and services. Attached hereto as Exhibit B is a true and correct copy of a State of California Bureau of Real Estate record indicating Defendant does business as BRESSI RANCH REALTY.

11. On information and belief, defendant did not begin using any trademark comprising BRESSI RANCH until 2017.

12. Plaintiff began using Plaintiff's Trademarks in interstate commerce as a source designator at least as early as November 2005. As such, it has established priority of use. Plaintiff's Trademarks are inherently distinctive and recognized by the relevant consuming public as plaintiff's marks.

13. On information and belief, Defendant's unlawful use of Plaintiff's trademarks has caused actual confusion amongst consumers and initial interest confusion as to the origin of their respective products and services.

14. On information and belief, defendant has adopted the designations BRESSI RANCH REALTY in a willful attempt to piggyback off of plaintiff's goodwill and reputation in the real estate market, and to divert business away from plaintiff and to defendant.

15. Plaintiff invests substantial sums in producing its goods and in marketing Plaintiff's Trademarks. Plaintiff has established substantial goodwill and brand recognition with the consuming public.

16. Defendant's use of Plaintiff's Trademarks is likely to cause confusion among consumers who expect to conduct business with plaintiff and instead reach defendant.

17. Moreover, on information and belief, defendant's goods and services are inferior to plaintiff's and this results in consumer confusion as to the quality as well as source of plaintiff' products.

18. Plaintiff has been irreparably harmed and has suffered economic loss as well as the loss of good will from defendant's unlawful and willful acts. Because damages will constitute an insufficient remedy, plaintiff requires equitable relief in the form of a permanent injunction restraining defendant's continued activity regarding the Plaintiff source designation.

## **CLAIMS OF RELIEF**

## **FIRST CLAIM OF RELIEF**

**(Trademark Infringement – 15 U.S.C. § 1114)**

19. Plaintiff repeats and incorporates by reference the statement and allegations in paragraphs 1 to 18 of the complaint as though fully set forth herein.

20. Defendant's use of the BRESSI RANCH REALTY designation and Plaintiff's Trademarks has caused and is likely to have caused confusion and reverse confusion amongst consumers as to the quality and source of plaintiff's goods and service.

21. By reason of the foregoing and upon information and belief, defendant has violated the Lanham Act (15 U.S.C. § 1114) by using, in connection with its goods and advertisements, trademarks which are likely to cause confusion or cause mistake or to deceive as to the affiliation, connection, or

association of plaintiff with defendant and as to the origin, sponsorship, or approval of defendant's goods, services and/or advertisements.

22. By reason of the foregoing unlawful acts recited in the paragraphs above, plaintiff has been irreparably harmed and will continue to suffer damage until an appropriate injunction and damage award, including increased treble damages and attorneys' fees, are imposed by this court against defendant.

23. On information and belief, Defendant willfully and intentionally adopted and used marks confusingly similar to Plaintiff's Trademarks to steal plaintiff's goodwill.

## SECOND CLAIM FOR RELIEF

### (False Designation of Origin – 15 U.S.C. § 1125)

24. Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 23 of the complaint as though fully set forth herein.

25. On information and belief, defendant willfully and intentionally adopted and used marks confusingly similar to plaintiff's trademarks and designations to steal plaintiff's goodwill.

26. Additionally, defendant has caused or is likely to have caused confusion and reverse confusion amongst consumers as to the quality and source of plaintiff's products.

27. By reason of the foregoing and upon information and belief, defendant has violated Section 43 of the Lanham Act (15 U.S.C. § 1125(a)) by using, in connection with its goods and advertisements, false designations of origin which are likely to cause confusion or cause mistake or to deceive as to the affiliation, connection, or association of Plaintiff with defendant and as to the origin, sponsorship, or approval of defendant's goods and commercial activities.

28. By reason of the foregoing unlawful acts recited in the above paragraphs, plaintiff has been irreparably harmed and will continue to suffer damage until an appropriate injunction and damage award, including increased

treble damages and attorneys' fees, are imposed by this Court against defendant.

## THIRD CLAIM FOR RELIEF

### (State Law Unfair Competition – Cal. Bus. & Prof. Code § 17200)

29. Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 28 of the complaint as though fully set forth herein.

30. Defendant's acts, as set forth above, constitute unfair competition as defined in California Business and Professions Code § 17200, *et seq.*, all to the damage of plaintiff as previously alleged.

## FOURTH CLAIM FOR RELIEF

### (Common Law Trademark Infringement)

31. Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 30 the complaint as though fully set forth herein.

32. Defendant's acts, as set forth above, constitute trademark infringement as defined under California common law, all to the damage of plaintiff as previously alleged.

## FIFTH CLAIM FOR RELIEF

### (Common Law Unfair Competition)

33. Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 32 the complaint as though fully set forth herein.

34. Defendant's acts, as set forth above, constitute unfair competition as defined under California common law, all to the damage of plaintiff as previously alleged.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks that this Court grant judgment against defendant for the following:

A. Defendant, its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them, be temporarily restrained, and preliminarily and permanently enjoined from:

      i.    infringing Plaintiff's Trademarks;

      ii.    competing unfairly with plaintiff in any manner, including infringing any of plaintiff's trademark rights; and

      iii.    conspiring, encouraging, inducing, allowing, abetting, or assisting others in performing any of the activities referred to in subparagraphs (i) - (ii) above.

B.    Defendant shall file with the Court and serve on plaintiff, within 30 days after the entry and service on defendant of an injunction, a report in writing and attested to under penalty of perjury setting forth in detail the manner and form in which defendant have complied with the provisions of subparagraph (A) above.

C.    Plaintiff recovers all damages it has sustained as a result of defendant's trademark infringement, false designation of origin and unfair competition.

D.    Plaintiff be awarded defendant's profits, corrective advertising damages and enhanced damages.

E.    An accounting be directed to determine defendant's profits resulting from their infringement, false designation of origin and unfair competition and that the profits be paid over to plaintiff, increased as the Court determines is appropriate to the circumstances of this case.

F.    Plaintiff be awarded its reasonable attorneys' fees for prosecuting this action.

G.    Plaintiffs recover its costs of this action and pre-judgment and post-judgment interest, to the full extent allowed by law.

H.    Plaintiff be awarded treble damages pursuant to 15 U.S.C. § 1117 or any other relevant statute.

I.    Plaintiff be awarded enhanced damages pursuant to, *inter alia*, California common law, Bus. and Prof. Code § 14250, and any other

relevant statute.

J.	Plaintiff receive all other relief the Court deems appropriate.

                                Respectfully submitted,

Dated: June 29, 2017        MANDOUR & ASSOCIATES, APC

                                /s Ben T. Lila
                              Ben T. Lila (SBN 246808)
                              Email: blila@mandourlaw.com
                              Attorneys for plaintiff,
                              PACIFIC COAST REAL ESTATE GROUP INC.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by the jury on its claims herein and all issues and claims so triable in this action.

Respectfully submitted,

Dated: June 29, 2017             MANDOUR & ASSOCIATES, APC


             /s Ben T. Lila
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
Attorneys for plaintiff,
PACIFIC COAST REAL ESTATE GROUP INC.

Case No.
COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN
AND UNFAIR COMPETITION; DEMAND FOR JURY TRIAL
- 9 -

# EXHIBIT A

EXHIBIT A



United States Patent and Trademark Office

# Bressi Ranch Realty

**Reg. No. 3,866,153**  PACIFIC COAST REAL ESTATE GROUP, INC. (UNITED STATES CORPORATION), DBA
BRESSI RANCH REALTY,
**Registered Oct. 19, 2010**  2740 PALMETTO DRIVE
CARLSBAD, CA 92009
**Int. Cl.: 36**
FOR: REAL ESTATE BROKERAGE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK**  FIRST USE 8-20-2010; IN COMMERCE 8-20-2010.

**SUPPLEMENTAL REGISTER**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "RANCH REALTY", APART
FROM THE MARK AS SHOWN.

SER. NO. 85-015,731, FILED P.R. 4-16-2010; AM. S.R. 8-30-2010.

JANICE L. MCMORROW, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

EXHIBIT A

Int. Cls.: **36 and 37**

Prior U.S. Cls.: **100, 101, 102, 103 and 106**

**United States Patent and Trademark Office**

Reg. No. **3,125,416**
Registered Aug. 8, 2006

## SERVICE MARK
### PRINCIPAL REGISTER



LENNAR PACIFIC PROPERTIES MANAGEMENT, INC. (DELAWARE CORPORATION)
24800 CHRISANTA DRIVE
MISSION VIEJO, CA 92691

FOR: CONSULTATION IN THE FIELDS OF REAL ESTATE MANAGEMENT AND REAL ESTATE BROKERING; REAL ESTATE MANAGEMENT AND REAL ESTATE BROKERAGE SERVICES OF RESIDENTIAL COMMUNITIES, UNDEVELOPED PROPERTIES AND INDIVIDUAL RESIDENCES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-0-2003; IN COMMERCE 9-0-2003.

FOR: REAL ESTATE DEVELOPMENT AND PLANNING SERVICES, NAMELY DEVELOPING, LAYING OUT AND CONSTRUCTING RESIDENTIAL COMMUNITIES AND INDIVIDUAL RESIDENCES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 6-0-2003; IN COMMERCE 9-0-2003.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "RANCH", APART FROM THE MARK AS SHOWN.

SER. NO. 76-623,650, FILED 12-8-2004.

KARANENDRA S. CHHINA, EXAMINING ATTORNEY



# Bressi Village

| | |
|---|---|
| **Reg. No. 3,969,723** | PACIFIC COAST REAL ESTATE GROUP, INC. (CALIFORNIA CORPORATION), DBA BRESSI RANCH REALTY |
| **Registered May 31, 2011** | 2740 PALMETTO DRIVE, CARLSBAD, CA 92009 |
| **Int. Cl.: 36** | 2740 PALMETTO DRIVE CARLSBAD, CA 92009 |
| **SERVICE MARK** | FOR: LEASING OF REAL ESTATE; PROVIDING INFORMATION IN THE FIELD OF REAL ESTATE BY MEANS OF LINKING THE WEB SITE TO OTHER WEB SITES FEATURING REAL ESTATE INFORMATION; PROVIDING REAL ESTATE LISTINGS AND REAL ESTATE INFORMATION VIA THE INTERNET; REAL ESTATE BROKERAGE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102). |
| **PRINCIPAL REGISTER** | |

FIRST USE 9-20-2010; IN COMMERCE 9-20-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,125,416 AND 3,866,153.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "VILLAGE" , APART FROM THE MARK AS SHOWN.

SER. NO. 85-133,123, FILED 9-20-2010.

PATRICIA EVANKO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

EXHIBIT A

**EXHIBIT B**

EXHIBIT B

# STATE OF CALIFORNIA
# BUREAU OF REAL ESTATE

The license information shown below represents public information taken from the Bureau of Real Estate(CalBRE) database at the time of your inquiry. It will not reflect pending changes which are being reviewed for subsequent database updating. Also, the license information provided includes formal administrative actions that have been taken against licensees pursuant to the Business and Professions Code and/or the Administrative Procedure Act. All of the information displayed is public information. Although the business and mailing addresses of real estate licensees are included, this information is not intended for mass mailing purposes.

License information taken from records of the Bureau of Real Estate on 6/7/2017 9:16:15 AM

| | |
|---|---|
| **License Type:** | CORPORATION |
| **Name:** | Richard Realty Group Inc |
| **Mailing Address:** | 3753 BERGEN PEAK PL<br>CARLSBAD, CA 92010 |
| **License ID:** | 01835781 |
| **Expiration Date:** | 12/02/19 |
| **License Status:** | LICENSED |
| **Corporation License Issued:** | 12/03/07 |
| **Former Name(s):** | NO FORMER NAMES |
| **Main Office:** | 2792 GATEWAY RD STE 103<br>CARLSBAD, CA 92009 |
| **Licensed Officer(s):** | DESIGNATED OFFICER<br>01300352 - Expiration Date: 12/02/19<br>Richard, Bill<br><br>00868673 - Expiration Date: 12/02/11<br>Richard, Trudy J<br>OFFICER LICENSE EXPIRED AS OF 12/03/11 |
| **DBA** | Bressi Ranch Realty Group<br>ACTIVE AS OF 03/13/2017<br><br>Compass-Pointe Realty<br>ACTIVE FROM 07/09/2009 TO 09/27/2015<br><br>The Foothills Realty Group<br>ACTIVE AS OF 03/13/2017<br><br>Realty Groups<br>ACTIVE AS OF 08/21/2013<br><br>Realty Groups San Diego<br>ACTIVE AS OF 08/21/2013 |

EXHIBIT B